EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>José R. Franco Rivera | 2010 TSPR  167<br><br>183 DPR ____ |

Número del Caso: TS-7127


Fecha: 4 de noviembre de 2011


Abogado de la Parte Peticionaria:

      Lcdo. Felipe Benicio Sánchez

Comisión de Reputación para el Ejercicio de la Abogacía

      Lcdo. Guillermo Arbona Lago
      Lcda. Jocelyn López Vilanova
      Lcda. Waleska Delgado Marrero,
      Lcda. Belén Guerrero Calderón
      Lcdo. Héctor Saldaña Egozcue

Procurador Especial de la Comisión de Reputación

      Lcdo. Alcides Oquendo Solís

Oficina del Procurador General

      Lcda. Edna E. Rodríguez Benítez
      Procuradora General Auxiliar


Materia: Reinstalación al Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José R. Franco Rivera

TS-7127

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de noviembre de 2011.

Examinado el Informe de la Comisión de Reputación y Recomendación Interlocutoria se ordena la reinstalación del Sr. José R. Franco Rivera al ejercicio de la abogacía.

Se refiere al Procurador General Interino las quejas pendientes para su investigación y correspondiente informe.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Estrella Martínez no intervinieron. El Juez Asociado señor Martínez Torres no interviene.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo